UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NONJUDICIAL FORFEITURE PROCEEDING | ) ) ) ) ) MBD No. 16-MC-91149-WGY |

**SECOND ORDER EXTENDING THE TIME TO FILE
CIVIL FORFEITURE COMPLAINT AND/OR
<u>OBTAIN INDICTMENT ALLEGING FORFEITURE</u>**

WHEREAS, Hector Guzman-Lopez ("Claimant") has filed a claim to the following property in a nonjudicial civil forfeiture proceeding with the United States Drug Enforcement Administration ("DEA"):

a. $14,265.00 in United States currency seized on or about October 30, 2015 in Springfield, Massachusetts (the "Currency").

WHEREAS, the United States and Claimant have agreed, as provided in 18 U.S.C. § 983(a)(3)(A), to extend the time in which the United States is required to file a complaint for forfeiture against the Currency and/or to obtain an indictment alleging that the Currency is subject to forfeiture;

WHEREAS, the United States and Claimant jointly move the Court to extend the time in which the United States is required to file a complaint for forfeiture against the Currency and/or to obtain an indictment alleging that the Currency is subject to forfeiture;

WHEREAS, the United States represents to the Court that the DEA published notice of its intent to forfeit the Currency as required by 18 U.S.C. § 983(a)(1)(A), that no other person has filed a claim to the Currency as required by law in the nonjudicial civil forfeiture proceedings, and that the time within which to file such claims has expired; and

WHEREAS, the Court is authorized by 18 U.S.C. § 983(a)(3)(A) to extend the time in

which the United States is required to file a complaint for forfeiture against the Currency and/or to obtain an indictment alleging that the Currency is subject to forfeiture based upon agreement of the parties or good cause shown;

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

Pursuant to 18 U.S.C. § 983(A)-(C), that the date by which the United States is required to file a complaint for forfeiture against the Currency and/or to obtain an indictment alleging that the Currency is subject to forfeiture is extended to June 20, 2016.

_____
WILLIAM G. YOUNG
United States District Judge

Date: June 2, 2016